**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| M4SIZ LIMITED, | |
| Plaintiff, | Civil Action No. 6:22-cv-0592-ADA-DTG |
| v. | |
| THE ODP CORPORATION, | **JURY TRIAL DEMANDED** |
| Defendant. | |

## <u>NOTICE OF STIPULATED DISMISSAL</u>

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiff M4siz Limited and Defendant, The ODP Corporation hereby file this Stipulated Dismissal dismissing all of Plaintiff's claims WITH PREJUDICE and all of Defendant's counterclaims WIHTOUT PREJUDICE in this action. Each party to bear its own costs, expenses, and attorneys' fees.

Dated: August 22, 2024                               Respectfully submitted,

   */s/ Joseph J. Zito*
Joseph J. Zito
DNL ZITO
1250 Connecticut Avenue, NW, Suite 700
Washington, DC 20036
202-466-3500
jzito@dnlzito.com

*Attorney for M4siz Limited*

1

*/s/ Lance Wyatt*
Neil J. McNabnay
Texas Bar No. 24002583
mcnabnay@fr.com
Lance Wyatt
Texas Bar No. 24093397
wyatt@fr.com

FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)

**COUNSEL FOR DEFENDANT
THE ODP CORPORATION**

CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2024, I caused the foregoing document to be electronically filed with the Clerk of the Court pursuant to the Electronic Filing Procedures and using the CM/ECF system, and that a true and correct coy was thereby caused to be served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

/s/ Joseph J. Zito

Joseph J. Zito

2